IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MUHAMMAD MUQADDAR JAVAID,

        Plaintiff,                    No. CIV S-07-0386 FCD GGH PS

    vs.

ALLIED-BARTON SECURITY SERVICES,    <u>ORDER</u>
BARTON PROTECTIVE SERVICES, INC.,

        Defendants.

_____/

        On April 6, 2007, this case was referred to the undersigned for case management pursuant to E.D. Cal. L.R. 72-302(c)(21). Pursuant to this court's Order Requiring Timely Service and Joint Status Report issued the same day, the parties are required to file a joint status report within 44 days after the Answer was filed, or by April 9, 2007. However, pursuant to the District Judge's Order Requiring Joint Status Report, now vacated, the joint status report was to be filed within 60 days of removal, or by April 24, 2007. Moreover, plaintiff has filed a notice of unavailability to meet and confer with defendants, due to health reasons affecting his speech, until April 25, 2007.

        Accordingly, the parties are hereby directed to confer and file, no later than May 4, 2007, a joint status report addressing the following matters:

1

  (a) Progress in serving process;

  (b) Possible joinder of additional parties

  (c) Expected or desired amendment of pleadings;

  (d) Jurisdiction and venue;

  (e) Anticipated motions and their scheduling;

  (f) The report required by Rule 26 outlining the proposed discovery plan and its scheduling, including disclosure of expert witnesses;

  (g) Cut-off dates for discovery and law and motion, and dates for pretrial conference and trial;

  (h) Special procedures, if any;

  (i) Estimated trial time; and

  (j) Modification of standard pretrial procedures due to the simplicity or complexity of the proceedings.

    Upon reviewing the joint status report, the court will issue a scheduling order and/or set a status conference.

    IT IS SO ORDERED.

DATED: 4/10/07        /s/ Gregory G. Hollows

                    _____
                    GREGORY G. HOLLOWS
                    U. S. MAGISTRATE JUDGE

GGH5:Java0386.strpt