IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MUHAMMAD MUQADDAR JAVAID,

        Plaintiff,                        CIV S-07-0386 FCD GGH PS

    vs.

ALLIED-BARTON SECURITY SERVICES,    ORDER
BARTON PROTECTIVE SERVICES, INC.,

        Defendant.

_____/

        Defendant Allied Barton Security Services, LP, sued as above, has filed a motion for summary judgment which is improperly noticed. The motion, electronically filed and served by mail on November 8, 2007, schedules hearing on November 29, 2007, the last date for hearing such motions pursuant to this court's scheduling order filed May 15, 2007. However, the Local Rules provide that such motions "shall be set for hearing . . . not less than thirty-one (31) days after mailed or electronic service and filing of the motion." E. D. Cal. L. R. 78-230(b). Plaintiff has not yet filed an opposition, which must generally be served and filed by mailed or electronic service not less than seventeen (17) days preceding the hearing date. E. D. Cal. L. R. 78-230(c).

        Trial in this case is scheduled to commence March 25, 2008; pretrial statements are due February 1, 2008. There remains adequate time to consider defendant's motion for

1

summary judgment provided plaintiff is given adequate time to respond.

Accordingly, IT IS HEREBY ORDERED that the hearing on defendant's motion for summary judgment, filed November 8, 2007, is moved to this court's law and motion calendar for Thursday, December 13, 2007, at 10:00 a.m., in Courtroom No. 24.  Plaintiff may serve and file his opposition on or before Thursday, November 29, 2007.[1]  The scheduling order filed May 15, 2007, is modified in accordance hereof.

SO ORDERED.

DATED: 11/20/07                              /s/ Gregory G. Hollows

_____
GREGORY G. HOLLOWS
U. S. MAGISTRATE JUDGE

GGH5:Java0386.vac

---

[1] The court is aware this responsive deadline is shorter than that required by E. D. Cal. L. R. 230(c), but finds this deadline appropriate under these circumstances.  Defendant may serve and file a reply on or before December 6, 2007.