IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MUHAMMAD MUQADDAR JAVAID,

    Plaintiff,    No. CIV S-07-0386 FCD GGH PS

  vs.

ALLIED-BARTON SECURITY SERVICES,     ORDER
BARTON PROTECTIVE SERVICES, INC.,

    Defendant.

_____/

    Pursuant to order filed November 20, 2007, this court scheduled the hearing on defendant's motion for summary judgment for December 13, 2007, and directed plaintiff, who is proceeding pro se, to file an opposition on or before November 29, 2007. Plaintiff timely filed a document entitled "Response to Defendant's Opposition," which recounts plaintiff's cooperation in discovery, his hospitalization in September 2007, his "right to assert additional defenses as they become known during discovery, and to amend Answer accordingly," and seeks judgment "dismissing Defendant's complaint against plaintiff."

    Plaintiff's response to defendant's motion for summary judgment fails to inform the court of the merits of plaintiff's action. Discovery closed in this case on October 19, 2007. See Order filed May 15, 2007. There may be no more discovery and the pleadings may no longer

1

be amended.

The court therefore advises plaintiff of the following requirements for opposing a motion for summary judgment, which is made by defendants pursuant to Rule 56 of the Federal Rules of Civil Procedure. Such a motion is a request for an order for judgment in favor of defendants without trial. A defendant's motion for summary judgment will set forth the facts that the defendants contend are not reasonably subject to dispute and that entitle the defendants to judgment. To oppose a motion for summary judgment, plaintiff must show proof of his or her claims. Plaintiff may do this in one or more of the following ways. Plaintiff may rely upon statements made under the penalty of perjury in the complaint if the complaint shows that plaintiff has personal knowledge of the matters stated and plaintiff calls to the court's attention those parts of the complaint upon which plaintiff relies. Plaintiff may serve and file one or more affidavits or declarations setting forth the facts that plaintiff believes prove plaintiff's claims; the person who signs an affidavit or declaration must have personal knowledge of the facts stated. Plaintiff may rely upon written records, but plaintiff must prove that the records are what plaintiff claims they are. Plaintiff may rely upon all or any part of the transcript of one or more depositions, answers to interrogatories, or admissions obtained in this proceeding. If plaintiff fails to contradict the defendants' evidence with counteraffidavits or other admissible evidence, the defendants' evidence may be taken as the truth and the defendants' motion for summary judgment granted. If there is some good reason why such facts are not available to plaintiff when required to oppose a motion for summary judgment, the court will consider a request to postpone considering the defendants' motion. If plaintiff does not serve and file a written opposition to the motion or a request to postpone consideration of the motion, the court may consider the failure to act as a waiver of opposition to the defendants' motion. If the defendants' motion for summary judgment, whether opposed or unopposed, is granted, judgment will be entered for the defendants without a trial and the case will be closed.

/ / /

1   Accordingly, IT IS HEREBY ORDERED that:

2   (1) within twenty (20) days of the filing date of this order, plaintiff shall file and
3   serve an Opposition to defendant's motion for summary judgment that conforms with the above
4   requirements;

5   (2) defendant may file a Reply within five (5) court days after plaintiff files an
6   Opposition; and

7   (3) the hearing on defendant's motion for summary judgment, currently scheduled
8   for December 13, 2007, is vacated; the court will consider the motion and opposition on the
9   papers without oral argument absent further notification to the parties.

10   SO ORDERED.

11   DATED: 12/10/07                                    /s/ Gregory G. Hollows

12                                                     _____
                                                       GREGORY G. HOLLOWS
13                                                     U. S. MAGISTRATE JUDGE

14   GGH5:Java0386.sj.oppos.