IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MUHAMMAD MUQADDAR JAVAID,

        Plaintiff,　　　　　　　　　　No. CIV S-07-0386 FCD GGH PS

    vs.

ALLIED-BARTON SECURITY SERVICES,　　　　ORDER
BARTON PROTECTIVE SERVICES, INC.,

        Defendant.

_____/

        On January 25, 2008, defendant filed an ex parte request to extend the time within which to file a joint pretrial statement, now due February 1, 2008, with trial scheduled to commence March 25, 2008. The request is based on the fact that a decision on defendant's motion for summary judgment remains pending: the motion was submitted by order filed December 10, 2007, which authorized plaintiff to file an amended response within twenty days (plaintiff filed his amended response on December 28, 2007), and the matter remains submitted for decision on the papers.

        Defendant has demonstrated good cause to grant the request for extension of time within which to file the joint pretrial statement. Both the deadline for filing the statement and the current trial date will be vacated and new dates provided after decision on defendant's motion, if

1

1 still required.

2       Accordingly, it is HEREBY ORDERED that defendant's request for extension of
3 time within to file the joint pretrial statement is GRANTED.  The current dates for filing the
4 pretrial statement (February 1, 2008), and to commence trial (March 25, 2008) are vacated
5 pending the court's decision on defendant's motion for summary judgment.

6       So ordered.

7 DATED: 01/31/08       /s/ Gregory G. Hollows

8       GREGORY G. HOLLOWS
      U. S. MAGISTRATE JUDGE

9 GGH5:Java0386.vac.pts.tr