1

2

3

4

5

6

7

8                         IN THE UNITED STATES DISTRICT COURT

9                       FOR THE EASTERN DISTRICT OF CALIFORNIA

10    MUHAMMAD MUQADDAR JAVAID,

11            Plaintiff,                    CIV-S-07-0386 FCD GGH PS

12        vs.

13    ALLIED-BARTON SECURITY SERVICES,
      BARTON PROTECTIVE SERVICES, INC.,

14

15            Defendant.                    ORDER

16    _____/

17            On April 30, 2008, the magistrate judge filed findings and recommendations

18    herein which were served on the parties and which contained notice that any objections to the

19    findings and recommendations were to be filed within ten days.  Plaintiff filed objections on

20    May 7, 2008, to which defendants responded on May 20, 2008, and both were considered by the

21    district judge.

22            This court reviews de novo those portions of the proposed findings of fact to

23    which objection has been made.  28 U.S.C. § 636(b)(1); McDonnell Douglas Corp. v.

24    Commodore Business Machines, 656 F.2d 1309, 1313 (9th Cir. 1981), cert. denied, 455 U.S. 920

25    (1982).  As to any portion of the proposed findings of fact to which no objection has been made,

26    the court assumes its correctness and decides the motions on the applicable law.  See Orand v.

1

1 | United States, 602 F.2d 207, 208 (9th Cir. 1979).  The magistrate judge's conclusions of law are

2 | reviewed de novo.  See Britt v. Simi Valley Unified School Dist., 708 F.2d 452, 454 (9th Cir.

3 | 1983).

4 |         The court has reviewed the applicable legal standards and, good cause appearing,

5 | concludes that it is appropriate to adopt the Findings and Recommendations in full.

6 | Accordingly, IT IS ORDERED that:

7 |         1.  The Findings and Recommendations filed April 30, 2008, are ADOPTED; and

8 |         2.  Defendant's motion for summary judgment is GRANTED.

9 | DATED: June 2, 2008.

FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE